**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**KEYMARKET OF OHIO, LLC,**

    **Plaintiff,**

v.

**TERRY D. KELLER,** *et al.,*

    **Defendants.**

Case No. 2:08-CV-325

**JUDGE ALGENON L. MARBLEY**
Magistrate Judge Abel

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 14, 2009 Opinion and Order, the Court GRANTS Defendants' Motions for Judgment on the Pleadings. This case is DISMISSED.

Date: **September 14, 2009**        **James Bonini, Clerk**

                                    s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk