# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **KEYMARKET OF OHIO, LLC,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:08-CV-325 |
| v. : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| **TERRY D. KELLER,** *et al.,* : | Magistrate Judge Abel |
| : | |
| Defendants. : | |

## ORDER

This matter is before the Court on Plaintiff Keymarket of Ohio LLC's ("Keymarket") Amended Motion for Reconsideration (Doc. 49).[1] Keymarket's Amended Motion requests that judgment in this case be stayed and that Defendants Terry D. Keller ("Keller") and Jefferson County, Ohio ("Jefferson County") be required to respond to certain interrogatories. On November 19, 2009, this Court heard Oral Argument on Keymarket's Motion for Reconsideration.

On August 18, 2009, while dispositive motions were pending in this case, Magistrate Judge Abel relaxed the discovery stay in place and allowed for the issuance of limited interrogatories upon Defendants Terry D. Keller ("Keller") and Jefferson County, Ohio ("Jefferson County"). On September 14, 2009, prior to responses to the interrogatories being received, this Court entered an Order granting Jefferson County's and Keller's Motions for Judgment on the Pleadings.

---

[1] Also before the Court is Keymarket's Motion for Reconsideration (Doc. 48) which is hereby **MOOT**.

It is hereby **ORDERED** that by December 18, 2009, Jefferson County and Keller respond to Keymarket's interrogatories. It is further **ORDERED** all responses be filed by January 8, 2010 and any replies be filed by January 22, 2010. All other proceedings are hereby **STAYED** pending the outcome this issue.

**IT IS SO ORDERED.**

                                             s/Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT COURT**

**Dated: November 24, 2009**