IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Keymarket of Ohio, LLC, | : | |
| Plaintiff | : | Civil Action 2:08-cv-325 |
| v. | : | Judge Marbley |
| Terry D. Keller, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

By inadvertence and mistake, the Court's May 15, 2013 Show Cause Order stated that plaintiff must show cause on or before May 29, 2014. The Order should have stated that plaintiff is ordered to show cause on or before May 29, 2013.

s/Mark R. Abel
United States Magistrate Judge